**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

Counsel for Plaintiff and Proposed Class

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEX IONTA, on behalf of herself and all others similarly situated, | Case No. **8:22-cv-00871** |
| Plaintiff, | **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| FITNESS INTERNATIONAL, LLC d/b/a ESPORTA FITNESS, | |
| Defendant. | |

1 | Plaintiff, Alex Ionta, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does
2 | hereby dismiss this action as follows:
3 |     1. All claims of the Plaintiff, Alex Ionta, individually, are hereby dismissed without
4 | prejudice.
5 |     2. All claims of any unnamed member of the alleged class are hereby dismissed
6 | without prejudice.

Respectfully submitted,

Dated: June 9, 2022

*/s/ Scott Edelsberg*
**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com

1
NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. **8:22-cv-00871**

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

*/s/ Scott Edelsberg*
**EDELSBERG LAW, P.A.**
Scott Edelsberg, Esq. (CA Bar No. 330990)
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
scott@edelsberglaw.com